LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAMMIE D. HERNANDEZ, | CIVIL NO. 2:08-CV-2408-CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days, up to and including October 7, 2009, to respond to Plaintiff's motion for summary judgment, so that the parties may further explore the possibility of settlement.

//
//
//

```
                                    Respectfully submitted,

Dated: September 4, 2009            /s/ Bess M. Brewer
                                    (As authorized via e-mail)
                                    BESS M. BREWER
                                    Attorney for Plaintiff


Dated: September 4, 2009            LAWRENCE G. BROWN
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Mark A. Win
                                    MARK A. WIN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant


                                    ORDER

APPROVED AND SO ORDERED.


 DATED: September 9, 2009

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE
```

2 - Stip & Order Extending Def's Time