LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8980
   Facsimile:  (415) 744-0134
   E-Mail:  Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAMMIE D. HERNANDEZ,      ) <br>                    ) <br>     Plaintiff,     ) <br>                    ) <br>     v.        ) <br>                    ) <br> MICHAEL J. ASTRUE,     ) <br> Commissioner of     ) <br> Social Security,     ) <br>                  ) <br>     Defendant.     ) <br> _____) | CIVIL NO. 2:08-CV-2408-CMK <br><br> STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

     Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge to propound a complete hypothetical question to the vocational expert that includes all of Plaintiff's limitations with regard to her ability to interact with co-workers and supervisors.

///

///

1    The parties further request that the Clerk of the Court be directed to enter a final judgment in

2  favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the  final decision

3  of the Commissioner.

4                                                        Respectfully submitted,

5

6  Dated: October 7, 2009                  /s/ Bess M. Brewer
                                                          (As authorized via electronic mail)
7                                                        BESS M. BREWER
                                                          Attorney for Plaintiff
8
   Dated: October 7, 2009                  LAWRENCE G. BROWN
9                                                        United States Attorney
                                                          LUCILLE GONZALES MEIS
10                                                      Regional Chief Counsel, Region IX
                                                          Social Security Administration
11

12                                                      /s/ Mark A. Win
                                                          MARK A. WIN
13                                                      Special Assistant U.S. Attorney

14  IT IS SO ORDERED:

15

16

17   DATED:  October 9, 2009

18

19                                                      CRAIG M. KELLISON
                                                          UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28